**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00424-CV**
_____

**LATONYA WEEMS, Appellant**

**V.**

**WEST END CROSSING, Appellee**

On Appeal from the County Court at Law No. 1
Jefferson County, Texas
Trial Cause No. 24CCCV0919

**MEMORANDUM OPINION**

On December 10, 2024, Latonya Weems filed a notice of appeal from a final judgment in an eviction case. But after perfecting an appeal, Weems failed to file a brief.

On March 20, 2025, the Clerk of the Ninth Court of Appeals notified the parties that Weems had not filed a brief and advised the parties that her appeal would be submitted without briefs unless by March 31, 2025, Weems filed a brief and a motion to extend the deadline for filing her brief. We warned Weems that if the

1

Court submitted her appeal without briefs that the Court could dismiss her appeal for want of prosecution.

On April 11, 2025, the Clerk notified the parties that on May 2, 2025, the appeal would be submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8. Because Weems has not filed a brief in her appeal assigning any error to any of the trial court's rulings, we dismiss Weems's appeal for want of prosecution. *See id*. 38.8(a)(1), 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 2, 2025
Opinion Delivered May 8, 2025

Before Golemon, C.J., Wright and Chambers, JJ.